## IN RE DISBARMENT OF MARTIN L. KAHNER.[1]

June 13, 1930.

No. 27,907.

*Oscar G. Haugland, D. E. LaBelle* and *Rex Kitts,* for state board of law examiners.

*Martin L. Kahner,* pro se.

PER CURIAM.

The state board of law examiners filed charges of misconduct against Martin L. Kahner, an attorney of this state. Honorable B. F. Wright, one of the judges of the fifteenth judicial district, acting as referee herein, has determined the facts, which are sustained by the evidence.

[1]Reported in 231 N. W. 233.

From four different clients Mr. Kahner received the following sums of money: $214.95, $265, $1,400, and $1,650.54. He wrongfully misappropriated this money to his own use.

A formal judgment disbarring Martin L. Kahner will be entered.